IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MISTER SOFTEE, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>DIMITRIOS TSIRKOS,<br><br>Defendant. | : <br>:<br>: CIVIL ACTION NO. 14-CV-1975 (LTS)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### SUPPLEMENTAL AFFIDAVIT OF PETER BOUZIOTIS.
### IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Peter Bouziotis, declare as follows:

1. I am the Secretary and Treasurer of SPABO Ice Cream Corp.

2. Including Dimitrios Tsirkos' former territories, Plaintiffs seek injunctive relief in all of the following Boroughs and Counties: (1) Brooklyn; (2) Bronx; (3) Queens; (4) Manhattan; (5) Suffolk County, New York; and (6) Nassau County, New York (the "Closed Territories"). Attached as Exhibit "A" is a map delineating the Closed Territories where Plaintiffs seek injunctive relief.

3. Mister Softee franchisees are currently assigned territories that consist of all the Closed Territories.

**SIGNATURE APPEARS ON NEXT PAGE**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2014

Peter Bouziotis