## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| **MISTER SOFTEE, INC.,** *et al* | : |
| | : |
| **Plaintiffs,** | : |
| v. | : |
| | :     **CIVIL ACTION NO.** |
| **DIMITRIOS TSIRKOS,** | :     **14 CV 01975 (LTS) (RLE)** |
| | : |
| **Defendant.** | : |

---

### Plaintiffs' Response to Order to Show Cause

Plaintiffs' Related Case Statement in *Mister Softee, Inc., et al. v. Tsatsaros, et al.*, Case No. 14cv8363 (S.D.N.Y.) should have listed this case as open, not closed. This clerical error on the Related Case Statement for case 14cv8363 was not intended as an assertion that this case, 14cv1975, was or should be closed.

**Wherefore**, Plaintiffs request this case remain open and its outstanding claims not be dismissed.

Respectfully submitted,

**TOR EKELAND, P.C.**

Date: October 24, 2014          By: _/s/ Mark H. Jaffe_____
Mark H. Jaffe
195 Plymouth Street, Fifth Floor
Brooklyn, New York 11201-1044
T: 347-515-6849
F: 718-504-5417
Email: mark@torekeland.com

**FISHER ZUCKER LLC** (of counsel)
Jeffrey Zucker, Esquire
21 South 21st Street
Philadelphia, PA 19103
T: (215) 825-3100
F: (215) 825-3101

jzucker@fisherzucker.com
Attorneys for Plaintiffs