USDC SDNY
DOCUMENT
ELECTRONICALLY FIL...
FILED 3-20-15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MISTER SOFTEE INC, et al.,

          **Plaintiffs,**

- against -

DIMITRIOUS TSIRKOS,

          **Defendant.**

**ORDER**

**14-CV-1975 (LTS) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

On March 18, 2015, Derek Famulari ("Famulari") and Justin Klein ("Klein"), attorneys for Defendant Dimitrious Tsirkos ("Tsirkos"), moved to withdraw as attorneys. (Doc. Nos. 163, 166.) In Famulari's Declaration, he states that Tsirkos "is no longer able to pay [him] for legal services." (Doc. No. 164, ¶ 2.) Klein's Declaration repeats the same contention and adds that "Tsirkos terminated Marks & Klein, LLP as his attorneys as of March 16, 2015." (Doc. No. 167, ¶ 2, ¶ 4.) Termination of legal services is good cause to withdraw as attorney, and therefore, the Court **GRANTS** Famulari and Klein's Motions to Withdraw as Attorney.

**IT IS HEREBY ORDERED THAT** Famulari and Klein send a copy of this Order to Tsirkos. In addition, Tsirkos must retain new counsel and his new attorney must file a notice of appearance by April 20, 2015. If Tsirkos is unable to retain new counsel, then he must send a letter to the Court by April 20, 2015. In his letter, Tsirkos must verify that he will be proceeding *pro se* and provide an address in which he can be served.

Failure to file a timely notice of appearance or otherwise notify the Court of *pro se* status may result in a default judgment against Tsirkos.

**SO ORDERED this 20th day of March 2015**
**New York, New York**

**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**