

**FisherZucker**
BUSINESS LAWYERS

May 21, 2015

**VIA ECF AND FACSIMILE (212) 805-0426**
Honorable Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, New York, 10007

Lane Fisher*

Jeffrey Zucker*

F. Joseph Dunn*

David J. Allsman*

Frank A. Reino+

William Graefe, Jr.*

Gregory L. Kallet*

Priya Vimalassery*

Max Staplin*

Megan B. Center*

Jarina D'Auria*

*member PA and NJ bars
+member PA, NJ and WI bars

  Re: Mister Softee, Inc., et al. v. Tsirkos
    Case No.:  14-CV-1975 (LTS)

Dear Judge Swain:

  I represent the Plaintiffs.  I am writing the Court pursuant to Section 2(d) of the Court's Individual Practices to notify the Court of my intention to file a motion for default judgment on Plaintiffs' claims pursuant to Rule 55(b)(2) and a motion to dismiss the Defendant's counterclaims pursuant to Rule 41(b) and (c) (the "Motion").  This Court already entered an order directing the Clerk to enter a default on the docket against Tsirkos. Accordingly, it is Plaintiffs' intention to resolve this case in its entirety by filing the Motion.

  I look forward to hearing from the Court whether the Court will require any specific evidentiary submissions as provided in the Court's Individual Practices.

  I very much appreciate the Court's attention to this matter.  I am available at the Court's convenience if the Court has any questions.

        Respectfully submitted,

        **FISHER ZUCKER LLC**

        Jeffrey Zucker

JZ:me

cc: Dimitrios Tsirkos (via regular mail)
   James F. Conway (via email)
   Peter Bouziatis (via email)
   Craig Zoly (via email)

21 S. 21st Street
Philadelphia, PA  19103
P: 215.825.3100
F: 215.825.3101

811 Church Road
Suite 105
Cherry Hill, NJ  08002
P: 856.665.5253
F: 856.488.2108

www.fisherzucker.com
A limited liability company formed in the Commonwealth of Pennsylvania

