IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MISTER SOFTEE, INC., et al. | : |
| Plaintiffs, | : CIVIL ACTION NO. 14-CV-1975 (LTS) |
| v. | : |
| DIMITRIOS TSIRKOS, | : |
| Defendant. | : |

### PLAINTIFFS' WITNESS LIST, AMOUNT OF TIME REQUESTED FOR ARGUMENT, AND EVIDENCE RELEVANT TO TSIRKOS' FINANCIAL RESOURCES AND COLLECTION EFFORTS, ALL AS REQUIRED BY THIS COURT'S MARCH 8, 2016, ORDER

Pursuant to this Court's Order dated March 8, 2016, Plaintiffs Mister Softee, Inc., SPABO Ice Cream Corp. and Mister Softee of Queens, Inc. (collectively, "Mister Softee") file this list of anticipated witnesses, amount of time requested for argument and evidence list.

**A.   ANTICIPATED WITNESSES**

1. Nektaria Otta-Tsirkos
2. Dimitrios Tsirkos
3. Frank A. Reino

**B.   TIME REQUESTED FOR ARGUMENT**

Mister Softee respectfully requests 30 minutes for its argument.

**C.   EVIDENCE RELATED TO TSIRKOS' FINANCIAL RESOURCES AND COLLECTION EFFORTS MADE THUS FAR ARE SUBMITTED SEPERATELY AND ARE SUMMARIZED BELOW**

1. <u>Alma Bank Records of Dimitrios Tsirkos and Nektaria Otta-Tsirkos.</u>

        Admissible pursuant to Rule 803(6) of the Federal Rules of Evidence as records of regularly conducted activity and authenticated pursuant to Rule 902(11) of the Federal Rules of Evidence by the custodian of such records.

2. <u>Santander Bank Records of Nektaria Otta-Tsirkos</u>.

        Admissible pursuant to Rule 803(6) of the Federal Rules of Evidence as records of regularly conducted activity and authenticated pursuant to Rule 902(11) of the Federal Rules of Evidence by the custodian of such records.

3. <u>Transcript of the Deposition of Dimitrios Tsirkos</u>

        Admissible pursuant to Rule 32(a)(3) of the Federal Rules of Civil Procedure.

4. <u>Transcript of the Deposition of Nektaria Otta-Tsirkos</u>.

        Admissible pursuant to Rule 32(a)(4)(D) of the Federal Rules of Civil Procedure and Rule 804(b)(1) of the Federal Rules of Evidence if Nektaria Otta-Tsikros does not appear at the May 3, 2016, hearing pursuant to subpoena.

**D.** **EXECUTION EFFORTS TO DATE**

1. On October 20, 2014, Mister Softee filed a writ of execution that was served on Alma Bank where Tsirkos owned bank accounts. $2,524.98 was garnished from Tsirkos' bank account and paid to Mister Softee. <u>See</u> Docket No. 145.

2. Mister Softee served Interrogatories in aid of execution on Tsirkos responded on December 5, 2014.

3. Mister Softee conducted a deposition in aid of execution of Tsirkos on February 4, 2015.

4. Mister Softee conducted a deposition in aid of execution of Nektaria Otta-Tsirkos on October 20, 2015.

5. Mister Softee conducted a deposition in aid of execution of Lazaros Tsirkos on February 19, 2016.

6. Mister Sofee filed this pending motion for an installment payment order on September 2, 2015. Docket No. 185.

7. Mister Softee has not been able to collect any amounts on its judgments other than the $2,524.98 it obtained from garnishing Tsirkos' Alma Bank account on October 20, 2014.

Respectfully submitted,

**FISHER ZUCKER LLC**

Dated: April 22, 2016

By: /s/ *Jeffrey Zucker*
Jeffrey Zucker
Frank A. Reino
21 South 21st Street
Philadelphia, PA 19103
T: (215) 825-3100
F: (215) 825-3101
jzucker@fisherzucker.com
freino@fisherzucker.com