EXHIBIT B

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| 07/11/2014 | 00176 | Meredith Heller: Prepare OSC papers for filing. File in the SDNY. <br> Billed on Invoice 261 | Meredith Heller <br> 1.25 | $250.00 | $312.50 |
| 07/10/2014 | 00176 | email correspondence with Fisher Zucker re appearance in Mister Softee v. Tsirkos; conf with Meredith Heller re same; review court rules <br> Billed on Invoice 261 | Mark Jaffe <br> 0.30 | $250.00 | $75.00 |
| 07/10/2014 | 00176 | Meredith Heller: Review file and procedures in preparation for 7/11/2014 filing of the OSC. <br> Billed on Invoice 261 | Meredith Heller <br> 1.26 | $250.00 | $314.58 |
| 07/09/2014 | 00176 | Mark Jaffe: review court files re Mister Softee v. Tsirkos; email correspondence with FZ re same. <br> Billed on Invoice 261 | Mark Jaffe <br> 0.35 | $250.00 | $87.50 |
| 07/09/2014 | 00176 | Oystein Lokken: Wrote memo to Mark Jaffe and Nicole Lloret on rules and procedures for filing a motion for an order to show cause. <br> Billed on Invoice 261 | Oystein Lokken <br> 0.78 | $125.00 | $97.92 |

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| | | ████████████████████████████████ | | | |
| 10/08/2014 | 00176 | Fred Jennings: Conference with Mark Jaffe on enforcement mechanisms for previous judgment. Billed on Invoice 386 | Fred Jennings 0.17 | $200.00 | $34.00 |
| 10/08/2014 | 00176 | Mark Jaffe: Conference with Fred Jennings re enforcement mechanisms on judgment. Billed on Invoice 386 | Mark Jaffe 0.21 | $250.00 | $53.61 |
| 10/08/2014 | 00176 | Fred Jennings: Legal research on judgment enforcement details. Billed on Invoice 386 | Fred Jennings 0.75 | $200.00 | $149.89 |
| | | ████████████████████████████████ | | | |
| 08/15/2014 | 00176 | Mark Jaffe: Review opposition to motion for attorney's fees Billed on Invoice 283 | Mark Jaffe 0.25 | $250.00 | $62.50 |
| | | ████████████████████████████████ | | | |
| 08/05/2014 | 00176 | Mark Jaffe: Review Summary of Plaintiff's Position as submitted to court on court's order Billed on Invoice 283 | Mark Jaffe 0.15 | $250.00 | $37.50 |
| 08/01/2014 | 00176 | review motion to amend complaint and supporting docs; email cor with FZ re same Billed on Invoice 283 | Mark Jaffe 0.15 | $250.00 | $37.50 |
| 07/15/2014 | 00176 | Mark Jaffe: email correspondence with FZ re stip to extend time to answer. Billed on Invoice 261 | Mark Jaffe 0.10 | $250.00 | $25.00 |
| | | ████████████████████████████████ | | | |
| 07/14/2014 | 00176 | Mark Jaffe: Read and review docs submitted by FZ in support of motion for contempt Billed on Invoice 261 | Mark Jaffe 0.59 | $250.00 | $147.57 |

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| 10/20/2014 | 00176 | Fred Jennings: Prepare and package SDNY matter for filing. Billed on Invoice 386 | Fred Jennings 1.24 | $200.00 | $247.61 |
| 10/15/2014 | 00176 | Fred Jennings: Review SDNY filing papers. Billed on Invoice 386 | Fred Jennings 0.56 | $200.00 | $111.78 |
| 10/09/2014 | 00176 | Fred Jennings: Call with Greg at Fisher Zucker; email writ of execution forms to Greg. Billed on Invoice 386 | Fred Jennings 0.20 | $200.00 | $40.00 |



| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 11/06/2014 | 00176 | Fred Jennings: Emails from/to F. Reino; print & sign stip of continuance. Billed on Invoice 403 | Fred Jennings 0.28 | $200.00 | $56.00 |
| 10/24/2014 | 00176 | Fred Jennings: Review ECF docket and documents; brief conference with Mark Jaffe; calls to Frank Reino and Judge Swain's Clerk. | Fred Jennings 0.50 | $200.00 | $100.00 |



| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| | | | | | |
| 01/19/2015 | 00176 | Fred Jennings: Brief conference with Mark Jaffe on tomorrow's conference in SDNY matter. Billed on Invoice 478 | Fred Jennings 0.05 | $200.00 | $10.00 |
| | | | | | |
| 01/05/2015 | 00176 | Mark Jaffe: Email correspondence with Frank Reino re rescheduling conference and settling action; review and edit for submission letter to Judge Swain re settlement and rescheduling conference. Billed on Invoice 478 | Mark Jaffe 0.15 | $200.00 | $30.00 |

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| | | | | | |
| 03/13/2015 | 00176 | Fred Jennings: Emails from/to Greg Kallet at FisherZucker; brief conference with Mark Jaffe on potential motion practice. <br> Billed on Invoice 557 | Fred Jennings <br> 0.28 | $200.00 | $56.44 |
| 03/13/2015 | 00176 | Mark Jaffe: conference with Fred regarding motion for contempt against Tsirkos accountant; email regarding same <br> Billed on Invoice 557 | Mark Jaffe <br> 0.15 | $250.00 | $36.67 |
| 03/02/2015 | 00176 | Administrative : Scan and email discovery demand returns to Fisher Zucker; review discovery responses. <br> Billed on Invoice 557 | Fred Jennings <br> 0.23 | $200.00 | $45.28 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 03/24/2015 | 00176 | Mark Jaffe: email correspondence regarding order to show cause, motion for contempt<br>Billed on Invoice 557 | Mark Jaffe<br>0.12 | $250.00 | $29.31 |
| 03/23/2015 | 00176 | Administrative : Prepare, print, and package finalized EDNY motion for contempt.<br>Billed on Invoice 557 | Fred Jennings<br>1.89 | $125.00 | $236.25 |
| 03/23/2015 | 00176 | Administrative : Travel to/from EDNY District Court.<br>Billed on Invoice 557 | Fred Jennings<br>0.20 | $125.00 | $25.10 |
| 03/23/2015 | 00176 | Fred Jennings: Call to Greg Kallet re: filing procedure question; additional research on procedure.<br>Billed on Invoice 557 | Fred Jennings<br>0.29 | $200.00 | $57.17 |
| 03/23/2015 | 00176 | Fred Jennings: Review Motion for Contempt; make substantive edits to Motion for Contempt; research on local formatting rules; brief conference with Mark Jaffe.<br>Billed on Invoice 557 | Fred Jennings<br>2.10 | $200.00 | $420.89 |
| 03/23/2015 | 00176 | Mark Jaffe: review motion for contempt; email correspondence with Fred regarding same; conference with Fred regarding motion<br>Billed on Invoice 557 | Mark Jaffe<br>0.12 | $250.00 | $28.82 |
| 03/20/2015 | 00176 | Mark Jaffe: review motion for contempt documents provided by Fisher Zucker; edit same; email correspondence with Greg regarding motion for contempt; conference with Fred regarding motion for contempt<br>Billed on Invoice 557 | Mark Jaffe<br>1.01 | $250.00 | $251.88 |
| 03/19/2015 | 00176 | Administrative : Print and review hardcopy of draft motion.<br>Billed on Invoice 557 | Fred Jennings<br>125.00 | $0.08 | $10.00 |
| 03/19/2015 | 00176 | Mark Jaffe: email correspondence with Greg regarding motion for contempt against accountant in Tsirkos matter.<br>Billed on Invoice 557 | Mark Jaffe<br>0.03 | $250.00 | $7.50 |
| 03/19/2015 | 00176 | Fred Jennings: Brief conference with Mark Jaffe on contempt motion.<br>Billed on Invoice 557 | Fred Jennings<br>0.20 | $200.00 | $40.06 |
| 03/18/2015 | 00176 | Fred Jennings: Review recent filings in SDNY matter.<br>Billed on Invoice 557 | Fred Jennings<br>0.37 | $200.00 | $74.78 |
| 03/16/2015 | 00176 | Mark Jaffe: email correspondence with Greg and Frank regarding motion for contempt against accountant for failure to comply with third party subpoena; phone | Mark Jaffe<br>0.19 | $250.00 | $47.36 |

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| | | organizing file binder.<br>Billed on Invoice 557 | 0.20 | | |
| 03/30/2015 | 00176 | Mark Jaffe: Review and sign stip to adjourn hearing; conference with Fred regarding motion for contempt; phone conference with Frank regarding hearing; conference with law firm for Erracleous Accounting; conference with Fred regarding hearing<br>Billed on Invoice 557 | Mark Jaffe<br><br>0.47 | $250.00 | $118.68 |
| 03/28/2015 | 00176 | Mark Jaffe: Email correspondence with Frank regarding stipulation to adjourn hearing on motion for contempt.<br>Billed on Invoice 557 | Mark Jaffe<br><br>0.02 | $250.00 | $5.00 |
| 03/27/2015 | 00176 | Administrative : Review proof of service documents.<br>Billed on Invoice 557 | Fred Jennings<br><br>0.03 | $125.00 | $3.78 |
| 03/27/2015 | 00176 | Mark Jaffe: Email correspondence with Frank regarding motion for contempt, hearing, negotiations with accountant.<br>Billed on Invoice 557 | Mark Jaffe<br><br>0.15 | $250.00 | $38.68 |
| 03/26/2015 | 00176 | Fred Jennings: Review filing title issue; call clerk for error correction.<br>Billed on Invoice 557 | Fred Jennings<br><br>0.50 | $200.00 | $100.56 |
| 03/26/2015 | 00176 | Fred Jennings: Brief conference with Mark Jaffe; email signed OSC to co-counsel; emails to/from co-counsel.<br>Billed on Invoice 557 | Fred Jennings<br><br>0.60 | $200.00 | $119.44 |
| 03/26/2015 | 00176 | Mark Jaffe: email correspondence regarding order to show cause; conference with Fred regarding same<br>Billed on Invoice 557 | Mark Jaffe<br><br>0.35 | $250.00 | $88.61 |
| 03/26/2015 | 00176 | Administrative : Travel to/from EDNY courhouse; retrieve signed and dated OSC.<br>Billed on Invoice 557 | Fred Jennings<br><br>0.79 | $125.00 | $98.47 |
| 03/24/2015 | 00176 | Fred Jennings: Check docket for contempt motion; call to clerks at EDNY and J. Weinstein's chambers; emails to/from co-counsel and Mark Jaffe; brief phone call with Mark Jaffe.<br>Billed on Invoice 557 | Fred Jennings<br><br>0.69 | $200.00 | $137.94 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 04/08/2015 | 00176 | Administrative : Eracleous Administrative: Revise and correct bills for motion for contempt; emails from/to Mark Jaffe and Elissa Stanton.<br>Billed on Invoice 594 | Fred Jennings<br><br>0.22 | $125.00 | $27.08 |
| 04/08/2015 | 00176 | Mark Jaffe: Eracleous: Contacting case manager for Judge Weinstein; email with Anatasios; review notice from court.<br>Billed on Invoice 594 | Mark Jaffe<br><br>0.21 | $250.00 | $51.81 |
| 04/07/2015 | 00176 | Mark Jaffe: Eracleous: Email correspondence with court, Frank, Anatasios; phone conference with Frank; email with Anatasios.<br>Billed on Invoice 594 | Mark Jaffe<br><br>0.09 | $250.00 | $21.25 |
| | | | | | |
| 04/06/2015 | 00176 | Mark Jaffe: Eracleous Accounting: Review correspondence between Frank and Anatasios regarding contempt motion; correspondence with court regarding hearing; correspondence with Frank and Anatasios regarding hearing<br>Billed on Invoice 594 | Mark Jaffe<br><br>0.15 | $250.00 | $38.40 |
| 04/01/2015 | 00176 | Mark Jaffe: Eracleous Accounting: Review ECF docket entry regarding adjournment of motion for contempt; email correspondence with F. Reino; review motion for contempt, stipulation, memorandum of law, affidavit, subpoena and related documents in preparation for hearing for motion for contempt; write notes regarding same.<br>Billed on Invoice 594 | Mark Jaffe<br><br>1.01 | $250.00 | $251.60 |
| | | | | | |
| 03/30/2015 | 00176 | Fred Jennings: File stipulation in EDNY on behalf of Mark Jaffe; conference with Mark Jaffe on stipulation and filing.<br>Billed on Invoice 557 | Fred Jennings<br><br>0.71 | $200.00 | $141.39 |
| 03/30/2015 | 00176 | Fred Jennings: Review docket for stip filing; conference with Mark Jaffe on strategy and tasks; call to Frank Reino.<br>Billed on Invoice 557 | Fred Jennings<br><br>0.12 | $200.00 | $24.89 |
| 03/30/2015 | 00176 | Fred Jennings: Conference with Mark Jaffe on contempt motion stipulation; conference with Darrow Palast on | Fred Jennings | $200.00 | $39.44 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| | | ████████████████████████████ | | | |
| 04/27/2015 | 00176 | MARIOS ERASCLESOUS ACCOUNTING - review email correspondence from accountant's attorney and Frank regarding production of documents pursuant to the subpoena, attorneys fees. <br> Billed on Invoice 594 | Mark Jaffe <br><br> 0.14 | $250.00 | $34.65 |
| | | ████████████████████████████ | | | |
| 04/24/2015 | 00176 | Review motion draft from Fisher Zucker; emails to/from Mark Jaffe to discuss motion draft. <br> Billed on Invoice 594 | Fred Jennings <br><br> 0.82 | $200.00 | $164.00 |
| 04/24/2015 | 00176 | Marios Eraclesous Accounting review email correspondence between Frank and defendant's attorney regarding production of materials, attorneys fees <br> Billed on Invoice 594 | Mark Jaffe <br><br> 0.08 | $250.00 | $21.04 |
| | | ████████████████████████████ | | | |
| 04/20/2015 | 00176 | Email communication with Frank regarding documents produced by accountant. <br> Billed on Invoice 594 | Mark Jaffe <br><br> 0.02 | $250.00 | $5.07 |
| 04/13/2015 | 00176 | Administrative : Eracleous: Scan documents. <br> Billed on Invoice 594 | Elissa Stanton <br><br> 1.19 | $125.00 | $149.03 |
| 04/13/2015 | 00176 | Mark Jaffe: Eracleous: Email correspondence with Frank regarding accountant production. <br> Billed on Invoice 594 | Mark Jaffe <br><br> 0.05 | $250.00 | $12.50 |
| 04/13/2015 | 00176 | Administrative : Eracleous Administrative: Organize files from Frank Reino re: discovery from Eracleous Accounting; enter new dates in schedule. <br> Billed on Invoice 594 | Fred Jennings <br><br> 0.23 | $125.00 | $29.34 |
| 04/10/2015 | 00176 | Review production by Eracleus; correspondence with Frank regarding same. <br> Billed on Invoice 594 | Mark Jaffe <br><br> 0.05 | $250.00 | $12.50 |
| 04/09/2015 | 00176 | Mark Jaffe: Eracleous: Email correspondence with Anastasios and with F. Reino regarding motion for contempt, attorneys fees, production of materials sought in subpoena; review correspondence from court regarding Magistrate Judge. <br> Billed on Invoice 594 | Mark Jaffe <br><br> 0.09 | $250.00 | $22.85 |

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| | | | | | |
| 04/28/2015 | 00176 | EDNY motion for contempt. Print and organize documents. Billed on Invoice 594 | Mark Jaffe 0.15 | $125.00 | $18.75 |
| | | | | | |
| 04/28/2015 | 00176 | Tsirkos - Emails from/to Frank Reino and Mark Jaffe on summary judgment motion; check docket for service info. Billed on Invoice 594 | Fred Jennings 0.26 | $200.00 | $52.39 |
| 04/28/2015 | 00176 | Tsirkos. Emails with F. Jennings and F. Reino Billed on Invoice 594 | Mark Jaffe 0.02 | $250.00 | $3.89 |

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| | | | 0.08 | | |

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| 04/30/2015 | 00176 | Administrative : Erracleous Accounting Print supporting documents, time sheets; review docs and time sheets <br> Billed on Invoice 594 | Mark Jaffe <br> 0.12 | $250.00 | $30.35 |
| 04/30/2015 | 00176 | Erracleous Accounting - contempt motion EDNY - attorney Email correspondence with Frank regarding May 1 conference call, accountants' production, sworn statements, submitting attorneys fees to judge. <br> Billed on Invoice 594 | Mark Jaffe <br> 0.08 | $125.00 | $10.45 |

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|





# INVOICE

Invoice # 633
Date: 06/01/2015
Due On: 06/16/2015

## Tor Ekeland, P.C.

195 Plymouth, 5th Floor
Brooklyn, NY 11201
Phone: (718) 737-7264

Mister Softee, Inc.









**00300**

## Mister Softee v. Tsirkos (SDNY)

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 05/05/2015 | Fred Jennings | Administrative : Review default judgment motion filings and check docket; print default entry motion; organize files in new Clio entry. | 0.49 | $125.00 | $61.22 |

Invoice # 633 - 06/01/2015

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/05/2015 | Mark Jaffe | Administrative : Print, save, file docket. | 0.08 | $125.00 | $9.93 |
| 05/05/2015 | Mark Jaffe | Review notice of motion for default judgment, memorandum of law, proposed order, affidavit. | 0.18 | $250.00 | $46.04 |
| 05/08/2015 | Mark Jaffe | Review docket entry regarding motion for entry of default. | 0.11 | $250.00 | $27.71 |
| 05/08/2015 | Mark Jaffe | Administrative : Access documents regarding certificate of default from PACER; print, save, and file documents. | 0.06 | $250.00 | $14.10 |
| 05/21/2015 | Mark Jaffe | Review request to court to file motion for default judgment. | 0.06 | $250.00 | $14.31 |
| 05/22/2015 | Mark Jaffe | Discussion with Fred regarding motions, default judgment; review email correspondence between Fred and Frank regarding same. | 0.07 | $250.00 | $16.46 |
| 05/22/2015 | Fred Jennings | Administrative : Docket check for motions deadline; call clerk to confirm; conference with Mark Jaffe on deadline question; emails to/from Frank Reino and Mark Jaffe on motion deadline. | 1.04 | $200.00 | $208.83 |
| 05/27/2015 | Mark Jaffe | Review court order regarding motion for summary judgment. | 0.06 | $250.00 | $13.82 |

| | | Subtotal | | | $412.42 |



Invoice # 633 - 06/01/2015



Please make all amounts payable to: Tor Ekeland, P.C.
Payment can be made at:  https://secure.lawpay.com/pages/torekeland/operating

Questions regarding billing can be directed to billing@torekeland.com

# INVOICE



**Tor Ekeland, P.C.**

195 Plymouth, 5th Floor
Brooklyn, NY 11201
Phone: (718) 737-7264

Invoice # 746
Date: 09/09/2015
Due On: 09/24/2015

Mister Softee, Inc.



Invoice # 746 - 09/09/2015



## 00300

## Mister Softee v. Tsirkos (SDNY)

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 08/31/2015 | Mark Jaffe | Review email communication from Frank regarding order to show cause, motion for contempt against Tsirkos's wife. | 0.03 | $250.00 | $6.81 |

| | | | Subtotal | | $6.81 |
|---|---|---|---|---|---|

Invoice # 746 - 09/09/2015



Invoice # 746 - 09/09/2015





Please make all amounts payable to: Tor Ekeland, P.C.
Payment can be made at:  https://secure.lawpay.com/pages/torekeland/operating

Questions regarding billing can be directed to billing@torekeland.com



# INVOICE

Invoice # 831
Date: 11/05/2015
Due On: 11/20/2015

## TOR EKELAND, P.C.
ATTORNEYS AT LAW

## TOR EKELAND, P.C.

195 Plymouth, 5th Floor
Brooklyn, NY 11201
Phone: (718) 737-7264

Mister Softee, Inc.



## 00300

## Mister Softee v. Tsirkos (SDNY)

| Date | Attorney | Description | Quantity | Rate | Total |
|------|----------|-------------|----------|------|-------|
| 10/30/2015 | Fred Jennings | Review docket. | 0.19 | $200.00 | $38.22 |
| | | | Subtotal | | $38.22 |



Invoice # 831 - 11/05/2015



Invoice # 831 - 11/05/2015



Please make all amounts payable to: Tor Ekeland, P.C.
Payment can be made at:  https://secure.lawpay.com/pages/torekeland/operating

Questions regarding billing can be directed to billing@torekeland.com



# Tor Ekeland, P.C.

**INVOICE**

Invoice # 860
Date: 12/03/2015
Due On: 12/18/2015

195 Plymouth, 5th Floor
Brooklyn, NY 11201
Phone: (718) 737-7264

Mister Softee, Inc.

## 00300

## Mister Softee v. Tsirkos (SDNY)

### Services

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 11/05/2015 | Mark Jaffe | Review letter from Quontic Bank regarding subpoena of records of New York Ice Cream Truck, Inc. Email correspondence with F. Jennings regarding same. | 0.04 | $250.00 | $10.42 |
| 11/06/2015 | Mark Jaffe | Email correspondence with F. Jennings and G. Kallet regarding Quontic Bank response. | 0.02 | $250.00 | $4.17 |
| 11/13/2015 | Mark Jaffe | Review email correspondence with F. Jennings and F. Reino regarding contempt hearing. | 0.14 | $250.00 | $35.28 |
| 11/17/2015 | Fred Jennings | Review documents, deposition transcripts, and subpoena records in preparation for Otta hearing. | 1.58 | $200.00 | $317.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/17/2015 | Mark Jaffe | Review letter from F. Reino regarding contempt hearing. Conference call with F. Jennings regarding contempt hearing. | 0.25 | $250.00 | $62.99 |
| 11/18/2015 | Fred Jennings | Prepare for hearing; print exhibit copies; draft notice of appearance. | 2.17 | $200.00 | $433.11 |
| 11/18/2015 | Mark Jaffe | Email correspondence with F. Jennings regarding hearing on motion. Review Notice of Appearance. Conference call with F. Jennings after hearing on motion. | 0.33 | $250.00 | $83.68 |
| 11/18/2015 | Fred Jennings | Final prep for hearing; attend and argue Show Cause Hearing. | 3.42 | $200.00 | $684.72 |
| 11/18/2015 | Fred Jennings | Administrative : Travel to/from SDNY for show cause hearing. | 1.00 | $125.00 | $125.07 |
| 11/18/2015 | Fred Jennings | Emails to/from F. Reino and brief call with M. Jaffe to discuss and debrief post-hearing. | 0.09 | $200.00 | $17.11 |
| 11/20/2015 | Mark Jaffe | Administrative : Review and edit motion for contempt, brief in support, other papers in support. | 0.75 | $125.00 | $93.78 |
| 11/23/2015 | Mark Jaffe | Administrative : Review and edit motion papers for contempt motion against Lazaros Tsirkos. Conference with F. Jennings regarding motion, strategy. Read motion granting motion for permanent injunction, granting attorneys fees, and dismissing counterclaims. | 1.37 | $125.00 | $171.15 |
| 11/30/2015 | Fred Jennings | Review and edit Lazaros contempt motion; emails to/from F. Reino and M. Jaffe re: Lazaros contempt motion. | 2.38 | $200.00 | $475.61 |
| 11/30/2015 | Mark Jaffe | Review motion papers for release of bond. Review order for default judgment. | 0.23 | $250.00 | $58.26 |
| | | | **Services Subtotal** | | **$2,572.35** |

## Expenses

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/30/2015 | Pacer Documents in November. | 1.00 | $2.90 | $2.90 |
| | | | **Expenses Subtotal** | | **$2.90** |
| | | | **Subtotal** | | **$2,575.25** |









Invoice # 860 - 12/03/2015





Invoice # 860 - 12/03/2015



Please make all amounts payable to: Tor Ekeland, P.C.
Payment can be made at:  https://secure.lawpay.com/pages/torekeland/operating

Questions regarding billing can be directed to billing@torekeland.com



# INVOICE

Invoice # 864
Date: 12/08/2015
Due On: 12/23/2015

## Tor Ekeland, P.C.

195 Plymouth, 5th Floor
Brooklyn, NY 11201
Phone: (718) 737-7264

Mister Softee, Inc.

## 00300

## Mister Softee v. Tsirkos (SDNY)

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 12/01/2015 | Fred Jennings | Administrative : Review emails from M. Jaffe. | 0.10 | $200.00 | $20.06 |
| 12/03/2015 | Mark Jaffe | Review order granting release of bond. | 0.02 | $250.00 | $4.10 |
| 12/04/2015 | Fred Jennings | Review and edit Lazaros contempt motion; legal research for Lazaros motion. | 1.55 | $200.00 | $309.89 |
| 12/07/2015 | Mark Jaffe | Email correspondence with W. Graefe | 0.00 | $250.00 | $0.69 |
| 12/07/2015 | Fred Jennings | Administrative : Conference with M. Jaffe; review billing entries for atty fee submission. | 0.50 | $125.00 | $62.53 |
| 12/08/2015 | Mark Jaffe | Email correspondence with F. Reino. Prepare declaration to court regarding attorney's fees. | 0.49 | $250.00 | $122.15 |
| 12/08/2015 | Fred Jennings | Emails to/from M. Jaffe and R. Reino re: billing time question; review billing docs and affidavit. | 0.45 | $200.00 | $90.89 |

| | | |
|---|---|---|
| | Subtotal | $610.31 |
| | Total | $610.31 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

Invoice # 864 - 12/08/2015

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 864 | 12/23/2015 | $610.31 | $0.00 | $610.31 |
| | | | Outstanding Balance | $6,035.21 |
| | | | Total Amount Outstanding | $6,035.21 |

Please make all amounts payable to: Tor Ekeland, P.C.
Payment can be made at: https://secure.lawpay.com/pages/torekeland/operating

Questions regarding billing can be directed to billing@torekeland.com