EXHIBIT C



# INVOICE

From **Adler Vermillion LLP**
9 Loh Ave.
Tarrytown, NY 10591

Invoice ID: 432
Issue Date: 04/18/2014
Due Date: 05/03/2014 (Net 15)
Subject: SDNY - Tsirkos

Invoice For **Fisher Zucker / Mister Softee**
21 South 21st Street
Philadelphia, PA 19103

| Item Type | Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| Hours | 03/16/2014 - Jerry Derevyanny: Review correspondence regarding new case | 0.10 | $200.00 | $20.00 |
| Hours | 03/19/2014 - Jerry Derevyanny: Review and revise complaint, including verifying exhibit references | 1.50 | $200.00 | $300.00 |
| Hours | 03/20/2014 - Jerry Derevyanny: Continued review and revisions to complaint, and correspondence regarding same with national counsel | 3.20 | $200.00 | $640.00 |
| Hours | 03/26/2014 - Jerry Derevyanny: E-filing proof of service. Modification and e-filing of corporate disclosure statements, paper filing of summons. | 1.00 | $200.00 | $200.00 |
| Expense | SDNY Contempt: Filing fees | 1.00 | $400.00 | $400.00 |

|  |  |
| --- | --- |
| Subtotal | $1,560.00 |
| Payments | -$1,560.00 |
| **Amount Due** | **$0.00** |



# INVOICE

From **Adler Vermillion LLP**
9 Loh Ave.
Tarrytown, NY 10591

| | |
|---|---|
| Invoice ID | 446 |
| Issue Date | 05/15/2014 |
| Due Date | 05/30/2014 (Net 15) |

Invoice For **Fisher Zucker / Mister Softee**
21 South 21st Street
Philadelphia, PA 19103

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Hours | Softee v. Tsirkos SDNY - 04/23/2014 - Contract / Jerry Derevyanny: Reviewing PI motion and edits to signature blocks, etc. | 2.00 | $200.00 | $400.00 |
| Hours | Softee v. Tsirkos SDNY - 04/24/2014 - Contract / Jerry Derevyanny: Final review of motion documents, creation of courtesy copies, filing and in-person paper filing of order to show cause to judge, as required by rules | 1.80 | $200.00 | $360.00 |
| Hours | Softee v. Tsirkos SDNY - 04/25/2014 - Contract / Jerry Derevyanny: Filing of preliminary injunction documents | 0.30 | $200.00 | $60.00 |
| Hours | Softee v. Tsirkos SDNY - 05/05/2014 - Contract / Jerry Derevyanny: Review and organize court filings, discussion over telephone with Frank Reino, transcription and drafting of response to Defendant's letter motion | 1.10 | $200.00 | $220.00 |
| Hours | Softee v. Tsirkos SDNY - 05/14/2014 - Contract / Jerry Derevyanny: Reviewing of Defendants' pleadings and deposition in preparation for hearing | 1.90 | $200.00 | $380.00 |
| Expense | SDNY FILING FEE | 1.00 | $400.00 | $400.00 |
| | | | Subtotal | $1,820.00 |
| | | | Payments | -$1,820.00 |
| | | | **Amount Due** | **$0.00** |



# INVOICE

From **Adler Vermillion LLP**
9 Loh Ave.
Tarrytown, NY 10591

| | |
|---|---|
| Invoice ID | 469 |
| Issue Date | 07/01/2014 |
| Due Date | 07/16/2014 (Net 15) |

Invoice For **Fisher Zucker / Mister Softee**
21 South 21st Street
Philadelphia, PA 19103

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Hours | Softee v. Silis / EDNY - 05/08/2014 - Investigation & Research / Jerry Derevyanny: Checking on status of case with Eastern District | 0.20 | $200.00 | $40.00 |
| Hours | Softee v. Tsirkos SDNY - 06/09/2014 - Contract / Jerry Derevyanny: Reviewing preliminary injunction decision | 0.70 | $200.00 | $140.00 |
| Hours | Softee v. Tsirkos SDNY - 06/12/2014 - Contract / Jerry Derevyanny: Review and preparation of OTSC for motion, review, file, submit for judge's signature in person | 3.80 | $200.00 | $760.00 |
| Hours | Softee v. Tsirkos SDNY - 06/23/2014 - Contract / Jerry Derevyanny: Review court filings for motion for contempt | 0.50 | $200.00 | $100.00 |
| | | | Subtotal | $1,040.00 |
| | | | Payments | -$1,040.00 |
| | | | **Amount Due** | **$0.00** |