Case 1:14-cv-01975-LTS Document 268-1 Filed 09/04/18 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-5-2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MISTER SOFTEE, INC., MISTER SOFTEE OF
QUEENS, INC., and SPABO ICE CREAM CORP.,

                        Plaintiffs,

    -against-

DIMITRIOS TSIRKOS a/k/a JIMMY TSIRKOS,

                        Defendant.
-----------------------------------------------------------X

**MEMO ENDORSED**

**STIPULATION**

Case No: 14 CV 1975 (LTS)

    **IT IS STIPULATED AND AGREED** by and between the undersigned counsel of record for the parties, as follows:

    1.    Defendant's motion for contempt, currently returnable on September 7, 2018, is hereby adjourned, on consent of all parties, to September 28, 2018, at 3:00pm.

    2.    This Stipulation may be executed in counterparts and facsimile and pdf signatures shall be deemed originals.

Dated: New York, New York
           September 4, 2018

*[signature]*

MOULINOS & ASSOCIATES LLC
By: Peter Moulinos, Esq.
Attorneys for Defendant
150 East 58th Street – 25th Floor
New York, New York 10155
Tel: (212) 832-5981

*[signature]*

FISHER ZUCKER LLC
By: Frank Reino
Attorneys for Plaintiff
21 South 21st Street
Philadelphia, Pennsylvania 19103
Tel: (215) 825-3100

SO ORDERED:

*[signature]* 9/5/18
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE