IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MISTER SOFTEE, INC., et al.** | : |
| Plaintiffs, | : CIVIL ACTION NO. 14-CV-1975 (LTS) |
| v. | : <u>**SATISFACTION OF JUDGMENT**</u> |
| **DIMITRIOS TSIRKOS,** | : |
| Defendant. | : |

WHEREAS, judgments were entered in the above action on October 2, 2014 (Docket No. 129), November 25, 2015 (Docket No. 207) and May 24, 2016 (Docket No. 229) in favor of Mister Softee, Inc., SPABO Ice Cream Corp. and Mister Softee of Queens, Inc. and against Dimitrios Tsirkos in the amounts of $97,464.14 plus interest from the 2nd day of October, 2014, $330,028.87 plus interest from the 25th day of November, 2015, and $339,863.85 plus interest from the 24th day of May, 2016, and said judgments with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: Philadelphia, Pennsylvania
October 9, 2018

FISHER ZUCKER LLC

_____
Jeffrey Zucker
Frank A. Reino
21 S. 21st Street
Philadelphia, PA 19103
T: 215-825-3100
Attorney for Plaintiffs
Mister Softee, Inc., Mister Softee of Queens, Inc.
and SPABO Ice Cream Corp.

STATE OF PENNSYLVANIA    )
                         ) ss.:
COUNTY OF PHILADELPHIA   )

On the 9th day of October, 2018 before me personally came Frank A. Reino to me known and known to be a member of the firm of FISHER ZUCKER LLC, attorneys for Mister Softee, Inc., Mister Softee of Queens, Inc. and SPABO Ice Cream Corp. in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LISA M. GORDY FEIRING, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 5, 2021